UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE D. McLEARN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 17-244 AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed in part and reversed in part. The matter is remanded for reconsideration of the onset date during the period August 23, 2013 through October 13, 2014.

DATED: March 21, 2018

_____
ALICIA G. ROSENBERG
United States Magistrate Judge